UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **LENORA JOHNSON** <br> **O/B/O T. GUILBEAU** | * | **CIVIL ACTION NO. 08-cv-0444** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **MICHAEL J. ASTRUE,** <br> **COMMISSIONER OF** <br> **SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED**, and that Lenora Johnson is hereby awarded supplemental security income benefits on behalf of her minor son, TG, for the period beginning on December 8, 2005, which is the date on which the second application for benefits was filed.

Lafayette, Louisiana, this 11th day of August, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE